**MELINDA HARMON**

UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF TEXAS
UNITED STATES COURTHOUSE
515 RUSK AVENUE
HOUSTON, TEXAS 77002

(713) 250-5194

August 14, 2009

Honorable Bobby R. Baldock
Chairman
Judicial Conference of the United States
Commmittee on Financial Disclosure
One Columbus Circle, N.D.
Washington, D.C. 20544

Re: Calendar Year 2008 Filing

Dear Judge Baldock:

      I apologize for the error in my report in Part II B., line 1. The law firm in which ██ ██████ is a parter is Crain, Caton, & James.

      I hope this answers the question. If not, please do not hesitate to contact me.

Very Truly Yours,

███████████████

Melinda Harmon

**Hamon_Melinda**

| AO 10 Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007** | Report required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)  Harmon, Melinda | 2. Court or Organization  U. S. District Court | 3. Date of Report  May 15, 2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate ful- or -art-time)  Active Article III Judge | 5a. Report Type (check appropriate type)  ☐ Nomination    Date  ☐ Initial    ☑ Annual    ☐ Final  5b.  ☐ Amended Report | 6. Reporting Period  01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address  United States Courthouse  515 Rusk, Suite 9114  Houston, Texas 77002 | 8. On the basis of information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer: _____  Date: _____, 2007 | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I.   POSITIONS. (Reporting individual only; see pp. 9-13 of instructions)

☒  NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Trustee | ███████ Trust (unfunded) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II.   AGREEMENTS. (Reporting individual only; see pp.14-16 of instructions)

☒  NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 21 P 2:42 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Harmon, Melinda | May 15, 2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(Yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income — *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for homoraria.)*

[ ] NONE *(No reportable noninvestment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Partner in Law Firm |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS. - *transportation, lodging, food, entertainment*
*(includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harmon, Melinda | May 15, 2009 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those to spouse and dependent children. See pp. 32-34 of Instructions.)*

[ ] NONE *(No reportable gifts.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Northwestern Mutual | Secured Note | J |
| 2. | Bank of America | Credit Card | K |
| 3. | Capital One | Credit Card | K |
| 4. | Capital One | Unsecured Note | K |
| 5. | Bank of America | Credit Card | J |
| 6. | Bank of America | Credit Card | K |
| 7. | Bank of America | Credit Card | K |
| 8. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harmon, Melinda | May 15, 2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable non-investment income.)

| A. Description of Assets (including trust assets). Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. Div., rent, or int.) | (1) Amount Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. Buy, sell, merger, redemption.) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. **Trust #1 (Y)** | | | | | ∴ | | | | |
| 2. **IRA # 1** | E | Div | P1 | T | | | | | |
| 3. — Exxon Mobil | | | | | | | | | |
| 4. — Aim Constellation Fund, Class A | | | | | | | | | |
| 5. — Western Asset Money Mkt Fund Class A | | | | | | | | | |
| 6. **IRA # 2** | A | Div | K | T | | | | | |
| 7. — Western Asset Money Mkt Fund Class A | | | | | | | | | |
| 8. — Aim Constellation Fund, Class A | | | | | | | | | |
| 9. **IRA # 3** | A | Div | L | T | | | | | |
| 10. — Western Asset Money Mkt Fund Class A | | | | | | | | | |
| 11. — Triumph Resources | | | | | | | | | |
| 12. — Zweig Total Return Fund Inc. | | | | | | | | | |
| 13. — Aim Constellation Fund, Class A | | | | | | | | | |
| 14. — Alliance Bernstein Large Cap Growth Fund Class C | | | | | | | | | |
| 15. Law Firm 401K Profit Sharing | | None | N | T | | | | | |
| 16. Real Estate, Dallas, Tx, Parcel 1 | B | Rent | K | Q | | | | | |
| 17. Real Estate, Dallas, Tx, Parcel 2 | B | Rent | J | Q | | | | | |
| 18. Mineral Royalty Interest | A | Roy | J | W | | | | | |
| 19. Exxon Mobil (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A=$1,000 or less | B=$1,001 - $2,500 | C=$2,501-$5,000 | D=$5,001 - $15,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F=$$50,001 - $100,000 | G = $100,001 - $1,000,000 | H1=$1,000,001 - $5,000,000 | H2=More than $5,000,000 | |
| 2. Value Code (See ColumnsC1 and D3) | J=$15,000 or less | K=$15,001 - $50,000 | L=$50,001 - $100,000 | M=$100,001 - $250,000 | |
| | N=$250,001 - $500,000 | O=$500,001 - $1,000,000 | P1=$1,000,001-$5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3=$25,000,001-$50,000,000 | | P4=More than $50,000,000 | | |
| 3. Value Method Codes (See ColumnsC2) | Q=Appraisal | R = Cost (Real Estate Only) | S=Assessment | T=Cash Market | |
| | U=Book Value | V = Other | W=Estimated | | |

FINANCIAL DISCLOSURE REPORT
Page 5 of 7 Pages

Name of Person Reporting
Harmon, Melinda

Date of Report
May 15, 2009

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable non-investment income.)

| A. Description of Assets (including trust assets). Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period. | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. Div., rent, or int.) | (1) Amount Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. Buy, sell, merger, redemption.) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 20. Extraordinary Life Policy, Northwestern Mutual | B | Div | K | T | | | | | |
| 21. Northwestern Mutual "65 Life" Policy #1 | A | Div | J | T | | | | | |
| 22. Northwestern Mutual "65 Life" Policy #2 | A | Div | J | T | | | | | |
| 23. Northwestern Mutual "65 Life" Policy #3 | A | Div | J | T | | | | | |
| 24. | | | | | | | | | |
| 25. | | | | | | | | | |
| 26. | | | | | | | | | |
| 27. | | | | | | | | | |
| 28. | | | | | | | | | |
| 29. | | | | | | | | | |
| 30. | | | | | | | | | |
| 31. | | | | | | | | | |
| 32. | | | | | | | | | |
| 33. | | | | | | | | | |
| 34. | | | | | | | | | |
| 35. | | | | | | | | | |
| 36. | | | | | | | | | |
| 37. | | | | | | | | | |
| 38. | | | | | | | | | |
| 39. | | | | | | | | | |
| 40. | | | | | | | | | |
| 41. | | | | | | | | | |
| 42. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A=$1,000 or less | B=$1,001 - $2,500 | C=$2,501-$5,000 | D=$5,001 - $15,000 | E=$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F=$$50,001 - $100,000 | G = $100,001 - $1,000,000 | H1=$1,000,001 - $5,000,000 | H2=More than $5,000,000 | |
| 2. Value Code (See Columns C1 and D3) | J=$15,000 or less | K=$15,001 - $50,000 | L=$50,001 - $100,000 | M=$100,001 - $250,000 | |
| | N=$250,001 - $500,000 | O=$500,001 - $1,000,000 | P1=$1,000,001-$5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Columns C2) | P3=$25,000,001-$50,000,000 | R = Cost (Real Estate Only) | P4=More than $50,000,000 | T=Cash Market | |
| | Q=Appraisal | V = Other | S=Assessment | | |
| | U=Book Value | | W=Estimated | | |

## VIII.   ADDITIONAL INFORMATION OR EXPLANATIONS - *(Indicate part of Report.)*

I.    Unfunded trust.

VII.   Line 15

Share in ABA Master Profit Sharing Plan. Participant's share is invested in the Index Equity Fund, a mutual fund and in a self managed account investing in Dreyfus Appreciation Mutual Fund.

Lines 16 and 17

Undivided 1/8 interest in two pieces of property in Dallas, Texas. Date of appraisal December 6, 1994.

Line 18

1/4 interest in a mineral royalty inherited in August 1999, paid through decedent's law firm. The interest is both a working and royalty interest in properties located in Webb County, Texas. The enterprise is Houston Exploration Co., Houston, Texas.

## IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app.. § 501 et. Seq., 5 U.S.C. § 7353 and Judicial Conference Regulations.



Signature _____          May 15, 2009

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C, App., § 104.)**

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D. C.  20544